# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>**KASSIAN WILLIAM FREDERICKS,**<br><br>*Defendant* | )<br>)<br>) Case No. 3:25-mj-00791-KFR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of __December 10, 2025__, at or near **Alaska Airlines Flight 87 from Deadhorse to Anchorage** in the _____ District of **Alaska**, the defendant violated:

*Code Section* — *Offense Description*

Count 1: 49 U.S.C. § 46504 — Interference with flight crew members and attendants

This criminal complaint is based on these facts:

☒ See attached affidavit of **FBI SA Katie Yarborough**.

_____
*Complainant's signature*

SA Katie Yarborough, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephone** _(specify reliable electronic means)_

Date: December 11, 2025

City and state: **Anchorage, Alaska**

*Judge's Signature*

Hon. Matthew M. Scoble, U.S. Magistrate Judge
*Printed name and title*